# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Sidney Daniel Meeks
Meeks and Associates, LLC
3401 W. Esplanade S., Ste 3
Metairie LA 70002

Nicholas Joseph Lorusso
Meeks and Associates, LLC
3401 W. Esplanade S., Ste 3
Metairie LA 70002

> Judgment on rehearing rendered
> and mailed to all parties or counsel of
> record on **September 12, 2018**.

## REHEARING ACTION: September 12, 2018

**Docket Number: 17-667 CA consolidated with 17-666 CA**

**CORY MOUTON**
**VERSUS**
**AAA COOPER TRANSPORTATION, ET AL.**

**Appealed from Lafayette Parish Case No. C-20150466 C/W 20150463**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Phyllis M. Keaty**
> **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **AAA Cooper Transportation, Arthur Q. Huguley** and **ACE**

**American Insurance Company** has this day been

> **DENIED.**

cc: Michael J. Remondet, Jr., Counsel for the Appellee
    Michael R. Guidry, Counsel for the Appellee
    David Charles Laborde, Counsel for the Appellee
    Jeff D. Easley, Counsel for the Appellee